ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IV

| | | |
|---|---|---|
| **OFICINA DEL COMISIONADO DE SEGUROS DE PUERTO RICO**<br><br>Querellante-Recurrido<br><br>v.<br><br>**IRMA M. MARTÍNEZ COLÓN**<br><br>Querellada-Recurrente<br><br><br>**TRIPLE-S VIDA, INC.**<br>Co-Querellada | KLRA202400120 | **REVISIÓN** procedente de la Oficina de Comisionado de Seguros de Puerto Rico<br><br>Caso Núm: **CM-DA-2023-07**<br><br>Sobre: Violación a los Artículos 27.160(3) y 27.170 del Código de Seguros de Puerto Rico, 26 LPRA secs. 2716(3) y 2719, y a la Regla Núm. 93 del Reglamento de dicho código. |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Jueza Rivera Marchand y el Juez Rodríguez Flores.

Cintrón Cintrón, Jueza Ponente.

### SENTENCIA

En San Juan, Puerto Rico, a 8 de abril de 2024.

Atendida la *Moción Solicitando Desistimiento* presentada el 2 de abril de 2024 por la parte recurrente, la señora Irma M. Martínez Colón, se declara *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones


Número Identificador
SEN2024 _____